E-FILED:01/10/11
JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Michael Ball<br><br>          PLAINTIFF(S)<br>     vs.<br><br>Wells Fargo Bank, N.A. et al<br>          DEFENDANT(S). | CASE NUMBER<br><br>CV 10-6072-PSG (SSx)<br><br>**DISMISSAL BY THE COURT**<br>**FOR FAILURE TO PROSECUTE** |

   On November 8, 2010, the Court issued an Order to Show Cause for Lack of Prosecution. A written response to this Order to Show Cause was ordered to be filed no later than December 10, 2010 as to Defendant Cal-Western Reconveyance Corporation.

   To date, no written response to the Order to Show Cause has been filed with the Court.

   Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety.

DATED:    01/10/11

Philip S. Gutierrez

U.S. District Judge