1  Jeffrey S. Gerardo #146508
   Steven M. Dailey #163857
2  Kutak Rock LLP                         E-FILED 01/10/11
   Suite 1100
3  18201 Von Karman Avenue
   Irvine, CA 92612-1077
4  Telephone:  (949) 417-0999
   Facsimile:  (949) 417-5394
5
   Attorneys for Defendants
6  WELLS FARGO BANK, N.A. and
   MORTGAGE ELECTRONIC
7  REGISTRATION SYSTEMS, INC.

8            UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

10

11  MICHAEL BALL,                    Case No.  2:10-cv-06072 PSG (SSx)

12            Plaintiff,             Assigned to:  Hon. Philip S. Gutierrez
                                     Courtroom:  880
13  v.
                                     [PROPOSED] JUDGMENT OF
14  WELLS FARGO BANK, N.A.;          DISMISSAL
    MORTGAGE ELECTRONIC
15  REGISTRATION SYSTEMS, INC.;
    CAL-WESTERN RECONVEYANCE
16  CORPORATION; and DOES 1-10,

17
              Defendants.
18

19

20

21

22

23

24

25      TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

26  PLEASE TAKE NOTICE that the Motion of Defendants WELLS FARGO BANK,

27  N.A. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

28  ["Lender Defendants'"] Motion to Dismiss the Complaint pursuant to Federal Rule

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4821-6381-9528.1
14617-361

[PROPOSED] JUDGMENT OF DISMISSAL
(2:10-CV-06072 PSG (SSX) 8:09-BK-24404-
TA

1  of Civil Procedure, Rule 12(b)(6) was granted by the Honorable Phillip S. Gutierrez
2  on November 8, 2010 in its entirety without leave to amend.  Specifically, the Court
3  ordered that Plaintiff was required to file and serve an opposition to the Motion by
4  October 27, 2010.  *See* L.R. 7-12.  Plaintiff did not file an opposition by that date.
5  Pursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file a timely
6  opposition to be consent to the granting of Lender Defendants' Motion.

7       IT IS HEREBY ORDERED

8       That a judgment of dismissal be entered in favor of Lender Defendants  and
9  against Plaintiff MICHAEL BALL.

10

11  IT IS SO ORDERED.

12

13

14  Dated:___01/10/11_____, 2010              **PHILIP S. GUTIERREZ**
                                              _____
15                                            Honorable Philip S. Gutierrez
                                              Judge of the U.S. District Court
16

17

18

19

20

21

22

23

24

25

26

27

28

Kutak Rock LLP
Attorneys At Law
Irvine

4821-6381-9528.1
14617-361                 - - 2 - -

[PROPOSED] JUDGMENT OF DISMISSAL
(2:10-CV-06072 PSG (SSX) 8:09-BK-24404-
TA